ERIC J. SIDEBOTHAM (208829)
DANIEL M. SHAFER (244839)
**ERIC J. SIDEBOTHAM, APC**
TechMart Center
5201 Great America Parkway, Suite 320
Santa Clara, CA 95054
Telephone:    (408) 856-6000
Facsimile:    (408) 608-6001

Attorneys for Defendant,
SABINA PRYCE-JONES

*Filed*
FEB 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-FILING        ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WORLD SAVINGS BANK, FSB,<br><br>    Plaintiff,<br><br>    v.<br><br>THERESA T. WU, and SABINA PRYCE-JONES, and DOES 1 through 10, inclusive<br><br>    Defendants.<br><br>THERESA T. WU,<br><br>    Cross-Complainant,<br><br>    v.<br><br>WORLD SAVINGS BANK, FSB, and ROES 1 through 25, inclusive<br><br>    Cross-Defendant. | Case No.:<br><br>**NOTICE OF REMOVAL** |

NOTICE OF REMOVAL
CASE NO.

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

Defendant Sabina Pryce-Jones, files this Notice of Removal under 28 U.S.C. §§ 1441, 1446 and Fed. R. Civ. P. 81(c).

1. The action pending in the Superior Court of California in and for the County of Santa Clara is entitled *World Saving Bank, FSB v. Theresa Wu, et al.*, Case No. 1-06-CV-057468, was commenced on or about February 3, 2006. Defendant Sabina Pryce-Jones was brought into this action subsequently.

2. Copies of the pleadings and other papers served on the removing defendants in the above-described action are appended to this Notice of Removal as required by 28 U.S.C. § 1446.

3. The action pending in the state court is a civil action within the original diversity jurisdiction of the federal courts under 28 U.S.C. § 1332(a), because there is complete diversity of citizenship between the litigants, and the amount in controversy exceeds $75,000.

   a. CITIZENSHIP. Plaintiff World Savings Bank, FSB, is a federally-chartered savings bank and a citizen of the State of California, its principal place of business, while Defendants Sabina Pryce-Jones and Teresa Wu are both, and at all relevant times during the pendency of this action have been, citizens of the State of Florida.

   b. AMOUNT IN CONTROVERSY. The amount in controversy in the action exceeds $75,000 exclusive of interest and costs, in that Plaintiff's prayer for relief in the operative First Amended Complaint, on its face, seeks damages in the amount of $90,000.

4. Because no defendant is a citizen of the State of California, the state court action is one within the diversity jurisdiction of the federal district courts and the action is removable to federal court under 28 U.S.C. § 1441(a) and (b).

5. Removal to this district court is proper under 28 U.S.C. § 1441(a) because the Superior Court of the State of California, County of Santa Clara, is geographically situated within this court's district.

6. Removal is timely under 28 U.S.C. § 1446(b) because Plaintiff has never served on Defendant Sabina Pryce-Jones (and, on information and belief, has never served on any party in this action) any document from which a basis for removal may be ascertained; and because equitable principles justify tolling of any other applicable time limits.

7. Removal is proper under 28 U.S.C. § 1446(b) because all defendants have joined in this Notice of Removal.

**ERIC J. SIDEBOTHAM, APC**

DATED: February __11__, 2008

_____
ERIC J. SIDEBOTHAM
Attorneys for Defendant,
SABINA PRYCE-JONES

DATED: February _____, 2008

_____
TERESA WU
Defendant and Cross-Complainant, *In Propria Personae*

5. Removal to this district court is proper under 28 U.S.C. § 1441(a) because the Superior Court of the State of California, County of Santa Clara, is geographically situated within this court's district.

6. Removal is timely under 28 U.S.C. § 1446(b) because Plaintiff has never served on Defendant Sabina Pryce-Jones (and, on information and belief, has never served on any party in this action) any document from which a basis for removal may be ascertained; and because equitable principles justify tolling of any other applicable time limits.

7. Removal is proper under 28 U.S.C. § 1446(b) because all defendants have joined in this Notice of Removal.

**ERIC J. SIDEBOTHAM, APC**

DATED: February _____, 2008

_____
ERIC J. SIDEBOTHAM
Attorneys for Defendant,
SABINA PRYCE-JONES


DATED: February _____, 2008

*/s/ Theresa M Wu*
TERESA WU
Defendant and Cross-Complainant, *In Propria Personae*

---

NOTICE OF REMOVAL
CASE NO.

2