1  ERIC J. SIDEBOTHAM (208829)
   DANIEL M. SHAFER (244839)
2  **ERIC J. SIDEBOTHAM, APC**
   TechMart Center
3  5201 Great America Parkway, Suite 320
   Santa Clara, CA  95054
4  Telephone:    (408) 856-6000
   Facsimile:    (408) 608-6001
5
   Attorneys for Defendant,
6  SABINA PRYCE-JONES

FILED

2008 FEB 11  P 2: 45

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

C/HRL

WORLD SAVINGS BANK, FSB,

Plaintiff,

v.

THERESA T. WU, and SABINA PRYCE-JONES, and DOES 1 through 10, inclusive

Defendants.

─────────────────────────────

THERESA T. WU,

Cross-Complainant,

v.

WORLD SAVINGS BANK, FSB, and ROES 1 through 25, inclusive

Cross-Defendant.

Case No.: C 08 00887 HRL

**DECLARATION OF FILING NOTICE OF REMOVAL IN STATE COURT**

---

DECLARATION OF FILING NOTICE OF REMOVAL IN STATE COURT
CASE NO.

I, Eric J. Sidebotham, Esq., declare as follows:

1. I am the attorney of record for Defendant Sabina Pryce-Jones in this action, and I am a principal to the firm Eric J. Sidebotham, Attorneys-at-Law, APC. I have personal knowledge of the facts contained in this declaration and if called to testify thereto I could and would testify competently as to the facts contained herein.

2. On February 11, 2008, as required by 28 U.S.C. § 1446(d), my office filed with the Clerk of the Superior Court of the State of California, County of Santa Clara, a copy of the Notice of Removal filed in this court on February 11, 2008, in order to provide notice to that court of the removal of this action.

Executed on this 7th day of February, 2008, in Santa Clara County, State of California. I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

_____
ERIC J. SIDEBOTHAM

DECLARATION OF FILING NOTICE OF REMOVAL IN STATE COURT
CASE NO.