1  ERIC J. SIDEBOTHAM (208829)
   DANIEL M. SHAFER (244839)
2  **ERIC J. SIDEBOTHAM, APC**
   TechMart Center
3  5201 Great America Parkway, Suite 320
   Santa Clara, CA  95054
4  Telephone:     (408) 856-6000
   Facsimile:      (408) 608-6001
5
   Attorneys for Defendant,
6  SABINA PRYCE-JONES
7
8                      UNITED STATES DISTRICT COURT
9                     NORTHERN DISTRICT OF CALIFORNIA
10                            SAN JOSE DIVISION
11

| | |
|---|---|
| WORLD SAVINGS BANK, FSB, | Case No.  5:08-CV-00887 (HRL) |
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| THERESA T. WU, and SABINA PRYCE-JONES, and DOES 1 through 10, inclusive | |
| Defendants. | |
| AND RELATED CROSS-ACTION | |

PROOF OF SERVICE
CASE NO. 5:08-CV-00887 (HRL)

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SANTA CLARA

I am employed in the County of Santa Clara, State of California. I am over 18 years of age and not a party to the within action. My business address is 5201 Great America Parkway, Suite 320, Santa Clara, CA 95054.

On February 13, 2008, I served the documents described as:

**DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL CASE COVER SHEET**

**NOTICE OF REMOVAL (STATE COURT)**

**NOTICE OF REMOVAL (DISTRICT COURT)**

**DECLARATION OF FILING NOTICE OF REMOVAL IN STATE COURT**

**APPENDIX OF PLEADINGS AND OTHER PAPERS SERVED ON REMOVING DEFENDANT SABINA PRYCE-JONES, IN SUPPORT OF NOTICE OF REMOVAL (WITHOUT EXHIBITS)**

**NOTICE TO ADVERSE PARTIES OF FILING OF NOTICE OF REMOVAL**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**STANDING ORDER RE: INITIAL CASE MANAGEMENT AND DISCOVERY DISPUTES**

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE**

**STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA RE: CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

STANDING ORDER RE: CASE MANAGEMENT IN CIVIL CASES

WELCOME PACKET FOR UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

PROOF OF SERVICE

in this action by placing the true and correct copies thereof in a sealed envelope, addressed as follows:

Ms. Theresa Wu
400 East Bay Street, Unit 2001
Jacksonville, FL 32202

[X]   **(BY U.S. MAIL)** I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U. S. Postal Service on that same day with postage thereon fully prepaid in Santa Clara County, State of California, in the ordinary course of business.

[ ]   (BY FAX) *Courtesy copy.*

[ ]   (BY ELECTRONIC MAIL) I caused to be delivered said documents(s) by electronic mail to the electronic address of the addressee.

[ ]   (BY PERSONAL SERVICE) I caused to be delivered said envelope(s) by hand to the offices of the addressee.

[ ]   (BY OVERNIGHT DELIVERY) I caused said envelope(s) to be delivered overnight via overnight delivery service in lieu of delivery by mail to the addressee(s).

Executed on this 13th day of February, 2008 in Santa Clara County, State of California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

RYAN SMITH

ERIC J. SIDEBOTHAM, APC

PROOF OF SERVICE
CASE NO. 5:08-CV-00887 (HRL)

3