1   ERIC J. SIDEBOTHAM (208829)
    DANIEL M. SHAFER (244839)
2   **ERIC J. SIDEBOTHAM, APC**
    TechMart Center
3   5201 Great America Parkway, Suite 320
    Santa Clara, CA 95054
4   Telephone:   (408) 856-6000
    Facsimile:    (408) 608-6001
5
    Attorneys for Defendant,
6   SABINA PRYCE-JONES

7

8                   UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11

12   WORLD SAVINGS BANK, FSB,              Case No. 5:08-CV-00887 (HRL)

13        Plaintiff,

14        v.                      **PROOF OF SERVICE**

15

16   THERESA T. WU, and SABINA PRYCE-
    JONES, and DOES 1 through 10, inclusive
17
       Defendants.
18

19

20   AND RELATED CROSS-ACTION

21

22

23

24

25

26

27

28

1

**PROOF OF SERVICE**

2       STATE OF CALIFORNIA, COUNTY OF SANTA CLARA

3       I am employed in the County of Santa Clara, State of California. I am over 18 years of age and

4   not a party to the within action. My business address is 5201 Great America Parkway, Suite 320, Santa

5   Clara, CA 95054.

6       On February 11, 2008, I served the documents described as:

7       **NOTICE OF REMOVAL (STATE COURT)**

8       **NOTICE OF REMOVAL (DISTRICT COURT)**

9
        **NOTICE TO ADVERSE PARTIES OF FILING OF NOTICE OF**
10      **REMOVAL**

11  in this action by placing the true and correct copies thereof in a sealed envelope, addressed as follows:

12

13  Kevin M. Solan, Esq.
    Solan & Park LLP
14  685 Market Street, Suite 360
    San Francisco, CA 94105
15

16  [X]         **(BY U.S. MAIL) I am readily familiar with the firm's practice for collection and processing of**
                **correspondence for mailing. Under that practice, it would be deposited with the U. S. Postal Service**
17              **on that same day with postage thereon fully prepaid in Santa Clara County, State of California, in**
                **the ordinary course of business.**
18
    [ ]         (BY FAX) *Courtesy copy.*
19
    [ ]         (BY ELECTRONIC MAIL) I caused to be delivered said documents(s) by electronic mail to the electronic
20              address of the addressee.

21  [ ]         (BY PERSONAL SERVICE) I caused to be delivered said envelope(s) by hand to the offices of the
                addressee.
22
    [ ]         (BY OVERNIGHT DELIVERY) I caused said envelope(s) to be delivered overnight via overnight
23              delivery service in lieu of delivery by mail to the addressee(s).
    ///
24
    ///
25
    ///
26

27

28

2

PROOF OF SERVICE
Case No. 5:08-CV-00887 (HRL)

1        Executed on this 14th day of February, 2008 in Santa Clara County, State of California.  I declare

2    under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

3

4                                          RYAN SMITH

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ERIC J.
SIDEBOTHAM,
APC
                                                    3
        PROOF OF SERVICE
        CASE NO. 5:08-CV-00887 (HRL)