Kevin M. Solan, Esq.
(California Bar No. 118415)
ksolan@solanpark.com
SOLAN & PARK LLP
685 Market Street, Suite 360
San Francisco, California 94105
Tel.: (415) 777-3300
Fax: (415) 777-3301

Attorneys for Plaintiff
WORLD SAVINGS BANK, FSB

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| WORLD SAVINGS BANK,<br><br>        Plaintiff,<br><br>vs.<br><br>THERESA T. WU, et al.,<br><br>        Defendants. | CASE NO. C08 00887 (HRL)<br><br>DECLARATION OF KEVIN M. SOLAN IN SUPPORT OF WORLD SAVINGS MOTION TO REMAND CASE TO SANTA CLARA SUPERIOR COURT<br><br>Date:        April 22, 2008<br>Time:       10:00 a.m.<br>Courtroom:  Two<br><br>Magistrate Judge Howard Lloyd |

I, Kevin M. Solan, declare:

1. I am an attorney at law duly licensed to practice before all courts in the State of California and admitted to practice in this court. I am a member of the law firm Solan & Park LLP, attorneys of record for the Plaintiff World Savings in the above entitled action. I submit this declaration in support of World Savings' Motion to Remand this case to the Santa Clara County Superior Court. The statements made in this declaration are of my personal knowledge.

2. Exhibits A, B and C attached hereto are true and correct copies of World Savings' Complaint for Conversion, Wu's Cross Complaint and World Savings' First Amended Complaint for Conversion respectively filed in Santa Clara County Superior

1  Court Action Number 1-06-CV-057468.

2  3. Exhibit D is a true and correct copy of the relevant pages from Theresa Wu's further responses to plaintiff World Savings' Special Interrogatory 9 served on me on or about May 21, 2007 in Santa Clara County Superior Court Action Number 1-06-CV-057468.

6  4. Exhibit E is a true and correct copy of the defendant Pryce-Jones' General Denial in Santa Clara County Case Number 06-CV-057484 faxed to me on May 3, 2007 on behalf of Pryce-Jones.

9  5. Exhibit F is defendant Pryce-Jones' Supplemental Responses to World's Special Interrogatory 17 received by me on or about August 1, 2007.

11  6. Exhibit G is a Declaration of the defendant Pryce-Jones' attorney Eric J. Sidebotham in Support of Pryce-Jones' Ex Parte Application to Continue the Trial which was received by me on January 7, 2008.

14  7. The Honorable Judge Kevin Murphy of the Santa Clara Superior Court set this case for trial commencing on January 7, 2008. Eric Sidebotham, counsel for Pryce-Jones, sought, by Ex Parte Motion, to have the trial date continued until March 10, 2008. On December 20, 2007, after hearing argument from counsel for Pryce-Jones and World Savings, Judge Murphy granted a continuance of the trial until February 19, 2008. Thereafter, on January 7, 2008 counsel for Pryce-Jones again tried to have the trial date continued, this time until May 2008, reportedly in order to allow Pryce-Jones to file a motion for summary judgment. Judge Murphy denied this motion on January 17, 2008.

22  8. As a result of Pryce-Jones' removal of this case from the Santa Clara Superior Court, World Savings has incurred and will incurred attorneys fees and costs in the amount of $10,888.50 in opposing this motion.

25  9. I have worked closely with William Jacobson on this matter. He is an attorney with more than 25 years of experience in litigation and appellate matters and he is of counsel to my firm. I have reviewed with Mr. Jacobson his time records for this matter. He has spent a total of 46.8 hours in preparing this motion to remand. Mr. Jacobson's

1  time will be billed to World Savings at the rate of $175 per hour, for a total of $8,190.

2      10. I have spent a total of 3.8 hours in supervising Mr. Jacobson's work in
3  responding to this motion, correction and adding to the motion, assembling exhibits and
4  preparing a declaration pertaining to this motion, and in supervising the preparation of the
5  opposition and its accompanying papers. My time will be billed to World Savings at the
6  rate of $195 per hour, for a total of $741.

7      11. Based on my experience and Mr. Jacobson's, I can estimate that he will spend
8  approximately another 5.5 hours reviewing Pryce-Jones' Opposition and in preparing and
9  appearing for the hearing on the motion. I estimate that I will spend another 1.0 hour in
10 review and analysis of any reply and in assisting with Mr. Jacobson's preparation for the
11 hearing. Accordingly, I estimate that World Savings will be billed $1,157.50 in
12 connection with those services.

13     I declare under penalty of perjury under the laws of the State of California that the
14 foregoing is true and correct. Executed this 11th day of March, 2008 at San Francisco,
15 California.

KEVIN M. SOLAN

Solan & Park LLP

DECLARATION OF KEVIN M. SOLAN IN SUPPORT OF WORLD SAVINGS' MOTION TO REMAND — - 3 -

# EXHIBITS

# FILED

# MANUALLY