Kevin M. Solan, Esq.
(California Bar No. 118415)
*ksolan@solanpark.com*
SOLAN & PARK LLP
685 Market Street, Suite 360
San Francisco, California 94105
Tel.: (415) 777-3300
Fax: (415) 777-3301

Attorneys for Plaintiff
WORLD SAVINGS BANK, FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WORLD SAVINGS BANK,<br><br>                  Plaintiff,<br><br>vs.<br><br>THERESA T. WU, et al.,<br><br>                  Defendants. | CASE NO. C08 00887 (HRL)<br><br>PROPOSED ORDER ON WORLD SAVINGS' MOTION TO REMAND TO SANTA CLARA SUPERIOR COURT<br><br>Date:        April 22, 2008<br>Time:       10:00 a.m.<br>Courtroom: Two<br>                   Magistrate Judge Howard Lloyd |

This matter came on regularly for hearing on April 22, 2008, before Magistrate Judge Howard R. Lloyd. Kevin M. Solan appeared on behalf of the plaintiff and moving party, Worlds Savings Bank, FSB; Eric J. Sidebotham appeared on behalf of defendant Sabina Pryce-Jones. There was no appearance by or on behalf of defendant Theresa Wu.

Having read and considered the papers submitted in support of and in opposition to the motion, and having heard and considered the arguments of counsel at the hearing on the motion, and it appearing that the case was removed improvidently and without jurisdiction, it is hereby

ORDERED that plaintiff's Motion to Remand is GRANTED and this action shall be and hereby is REMANDED to the Superior Court of California for the County of Santa Clara with the Clerk of this Court hereby instructed to transmit forthwith a certified

1  copy of this order to the Clerk of the Superior Court for the County of Santa Clara; and it
2  is further
3      ORDERED that pursuant to 28 U.S.C. §1447(c), plaintiff World Savings Bank,
4  FSB is awarded its just costs and actual expenses, including attorney fees, incurred as a
5  result of the removal in the sum of $_____, payable jointly and severally
6  by defendant Sabina Pryce-Jones and her counsel, Eric J. Sidebotham, the Court finding
7  that the Notice of Removal was filed without there being an objectively reasonable basis
8  for removal and that the timing of the Notice of Removal evidences that it was filed for
9  the improper purpose of vacating the trial date set for this action in the Superior Court for
10 Santa Clara County after that court denied the motion of defendant Sabina Pryce-Jones
11 continue the date of trial.

13 DATED:

15                                                 _____
16                                                 Magistrate Judge Howard R. Lloyd