1
2
3
4
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

World Savings Bank, N.A.

No. C 5:08-CV-00887 (HRL)

Plaintiff(s),

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

v.

Theresa Wu, et al

Defendant(s).

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: March 13, 2008

Signature

Counsel for Defendant Sabina Pryce-Jones
(Plaintiff, Defendant or indicate "pro se")