Kevin M. Solan, Esq.
(California Bar No. 118415)
*ksolan@solanpark.com*
SOLAN & PARK LLP
685 Market Street, Suite 360
San Francisco, California 94105
Tel.: (415) 777-3300
Fax: (415) 777-3301

Attorneys for Plaintiff
WORLD SAVINGS BANK, FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WORLD SAVINGS BANK,<br><br>    Plaintiff,<br><br>vs.<br><br>THERESA T. WU, et al.,<br><br>    Defendants. | CASE NO. C08 00887 (HRL)<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATE MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636( c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of the final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth District.

Dated: March 13, 2008                                 SOLAN & PARK LLP

                                                                    By  _/s/ Kevin M. Solan_____
                                                                         Kevin M. Solan, Esq.
                                                                         Attorneys for Plaintiff
                                                                         World Savings Bank