ERIC J. SIDEBOTHAM (208829)
DANIEL M. SHAFER (244839)
**ERIC J. SIDEBOTHAM, APC**
TechMart Center
5201 Great America Parkway, Suite 320
Santa Clara, CA  95054
Telephone:    (408) 856-6000
Facsimile:    (408) 608-6001

Attorneys for Defendant,
SABINA PRYCE-JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WORLD SAVINGS BANK, FSB,<br><br>  Plaintiff,<br><br>  v.<br><br>THERESA T. WU, and SABINA PRYCE-JONES, and DOES 1 through 10, inclusive<br><br>  Defendants. | Case No.  5:08-CV-00887 (HRL)<br><br>**DECLARATION OF ERIC J. SIDEBOTHAM, ESQ., IN SUPPORT OF DEFENDANT SABINA PRYCE-JONES' OPPOSITION TO PLAINTIFF WORLD SAVINGS BANK, FSB'S MOTION TO REMAND CASE TO SANTA CLARA COUNTY SUPERIOR COURT**<br><br>Date:         April 22, 2008<br>Time:        10:00 a.m.<br>Courtroom:  2<br>Judge:       Magistrate Judge Howard Lloyd |
| AND RELATED CROSS-ACTION | |

I, Eric J. Sidebotham, Esq., declare as follows:

1.      I am an attorney of record for Defendant Sabina Pryce-Jones in this action. I have personal knowledge of the facts contained in this declaration and if called to testify thereto I could and would testify competently as to the facts contained herein.

2.      In response to a request for production of documents in the now-removed state court case, Plaintiff World Savings produced a document bearing Bates Nos. P-00124 to P-00126, entitled "Security Department Case Summary." This document states that when the bank's security employee, Ron Sheppard, first contacted defendant Theresa Wu, "she seemed a bit confused." Apparently, Wu kept asking "what money. Two days later, Sheppard called Veronica McCusker, the branch manager where Wu banked. She said that she and several of the other tellers knew Wu "very well," and informed Sheppard that when Wu understood the situation, "she [Wu] would make things right." McCusker later contacted Wu, who told McCusker that she did not need World Savings to continue to "threaten her." A true and correct copy of the document is attached hereto as **Exhibit A**.

3.      Plaintiff's "Security Department Case Summary" further shows that Plaintiff's error occurred on "10/17/05"; that Plaintiff did not attempt to contact Wu until "10/26/2005"; that Plaintiff did not attempt to contact Pryce-Jones until "11/02/2005"; and that Plaintiff did not write a letter to Pryce-Jones until "12/06/2005." Again, a true and correct copy of the document is attached hereto as **Exhibit A**.

4.      It is undisputed in this case that Pryce-Jones purchased an interest in an airplane on October 28, 2005. Attached hereto as **Exhibit B** is a true and correct copy of an "Aircraft Bill of Sale," bearing Bates No. D-00019, which document was produced to Plaintiff in the now-removed state court action. This document, issued by the Federal Aviation Administration, shows that the purchase closed on October 28, 2005, and that the airplane was contributed to a limited liability company.

1

DECLARATION OF ERIC J. SIDEBOTHAM, ESQ., IN SUPPORT OF DEFENDANT SABINA-PRYCE JONES' OPPOSITION TO PLAINTIFF WORLD SAVINGS BANK, FSB'S MOTION TO REMAND CASE TO SANTA CLARA COUNTY SUPERIOR COURT
Case No. 5:08-CV-00887 (HRL)

5. When this case was set for trial in state court, I reasonably expected that trial would be set, if at all, on a date at least 60 to 90 days after the trial-setting conference, as is customary in Santa Clara Superior Court.  Typically, the state court will set the trial out far enough to allow the parties an opportunity to file a summary judgment motion, or will refrain from setting the trial if either party desires to file such a motion.

6. I first discovered the true citizenship of Wu on or about January 31, 2008.

Executed on this 1st day of April, 2008, in Santa Clara County, California.  I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

                                                      /s/
                                       ERIC J. SIDEBOTHAM, ESQ.

2
DECLARATION OF ERIC J. SIDEBOTHAM, ESQ., IN SUPPORT OF DEFENDANT SABINA-PRYCE JONES' OPPOSITION TO PLAINTIFF WORLD SAVINGS BANK, FSB'S MOTION TO REMAND CASE TO SANTA CLARA COUNTY SUPERIOR COURT
Case No. 5:08-CV-00887 (HRL)

Case 5:08-cv-00887-HRL   Document 17   Filed 04/01/2008   Page 4 of 9

**EXHIBIT A**

 **SECURITY DEPARTMENT** 
**CASE SUMMARY**

| | |
|---|---|
| DATE OPENED/ENTERED: 11/08/2005 | CASE NUMBER: 05N131113 |
| DATE(S) OF OCCURRENCE: 10/17/2005 TO 10/18/2005 | TYPE OF LOSS: Employee Error |
| VICTIM(S) NAME/ACCOUNT NUMBER(S) World Savings    n/a | BRANCH NUMBER: 76 <br> BRANCH    San Jose-Berryessa |
| SUSPECT(S) AND ACCOUNT NUMBER(S) Wu, Theresa    673278925 | EMPLOYEE NAME    NUMBER    LOSS DUE TO EMPLOYEE <br> Foronda, Shareen    0761040    $ 0.00 |
| POTENTIAL LOSS: $ 90,000.00 | ACTUAL LOSS: |

**CASE SUMMARY:**
On 10/17/05 customer Theresa Wu presented a $10,000.00 WAMU Official Check to deposit to her account #673278925. The teller, Shareen Foronda, inadvertently read the check as $100,000.00 and credited the account for $100,000.00. The funds left the account the following day via a wire transfer to Bank of America Military Bank in San Antonio, Texas. The funds were credited to a joint account in the name of Theresa Wu and her daughter Sabina Pryce-Jones. After contacting Bank of America, WSB ascertained that the funds left Bank of America Military on 10/20/05 in the form of two cashier's checks.

As of today, 11/08, WSB is still in a loss position.

CASE ACTIVITY LOG FOR 05N131113

| DATE | EVENT |
|---|---|
| 10/26/2005 | Security received a call from Margaret Ellefritz of Check Processing and Adjustments, X34606. She had received notification from Accounting on 10/20 regarding a $90K branch listing error by the Berryessa branch on 10/18/05. She stated that at this point WSB was in a loss position of $90K. |
| | I called Mrs. Wu at about 3:45pm. She stated that she was on her way out and could not talk. I quickly stated that I needed to speak to her concerning her closed account and the wire transfer she had originated on the 18th. I then explained the situation to her and when I finished she seemed a bit confused. She kept asking what money, I have to go and send the money to my daughter. I again explained that she had already sent the money however it was incorrect. I finally asked her if she had a number for her daughter so that I might contact her. She said she did and when I asked for it, she did not want me to have it. She kept repeating that she had to leave. I thanked her for her time and asked when I might contact her again. She stated that she would be out tomorrow (Thur. 10/27) but would be home Friday. |
| | I then called Laura White, Fraud Investigator for Bank of America, and advised her of the situation. She advised that Bank of America Military is a separate branch but she knew of several people within her office that might be able to help. She would check and call back. |
| 10/27/2005 | Laura White provided a contact name at Bank of America Military by the name of Moises Robles, Wire Department Investigations #210-978-5204. He advised that the funds had left the account in the form of 2 cashier's checks on 10/20/05; One to a law firm in Florida by the name of Aran, Correa, Guarch, Shapiro PA., #305-665-3400, 710 S Dixie Highway, Coral Gables, Fl., 33146. He stated that this item had already paid. The second check payee and dollar amount he did not know, though it was enough to cover our $90K loss. We spoke of a hold harmless on this unpaid item. I spoke with Jim Wheeler regarding the legalities of this and he advised no to go further with a hold harmless on a B of A CC. I informed Moises that we would not take that particular course. |
| | I called Mrs. Wu several times but the phone rang into a fax line. |
| | Called and spoke with Madhu, acting branch manager of SJ Berryessa #076. She was aware of the situation and explained that all audits pertaining to the check were missed. She had spoken with the teller regarding the transaction. Shereen stated that she, herself had completed the deposit slip. At the time of deposit, Mrs. Wu mentioned that her daughter was buying property in Florida and she would be wiring her approximately $200K. |
| | A review of Mrs. Wu's account showed a balance of approx. $64K on 10/11/05. The erroneous deposit was made on 10/17 bringing the account to approx. $154K. On 10/18, she closed 2 CDs and transferred the money to her checking account bringing the balance to approx. $319K. At that same time she requested the wire transfer. |
| 10/28/2005 | Called and left a vm on Mrs. Wu's phone. |
| | Called and spoke with Veronica McCusker, Manager of the Palo Alto branch #033, housing branch for Mrs. Wu. She said that she and several of the employees know Mrs. Wu very well. I explained the situation and asked that she attempt to contact Mrs. Wu. She thought that when Mrs. Wu understood the seriousness of the situation, she would make things right. Veronica called later to say that she had spoken with Mrs. Wu. She said that Mrs. Wu was insistent that she had done nothing wrong and that it wasn't her fault if WSB had made a mistake. She further advised that she didn't need WSB threatening her. Veronica was clear that we were not threatening her, but simply trying to get our money back. Veronica ended the conversation by asking Mrs. Wu to contact her daughter. |
| 10/31/2005 | Veronica made several attempts to contact Mrs. Wu with no luck. |
| 11/01/2005 | Letter written and sent via certified mail to Mrs. Wu asking her to contact Security. |
| | Call made to phone # found on the Internet for a Robert Jones at 1170 Holly Oaks Court, Jacksonville, Florida. No answer or vm. |
| 11/02/2005 | Calls to the Jones residence unanswered. |

P-00125

| Date | Entry |
|---|---|
| 11/03/2005 | Received a call from Sonia De La Cruz, Bank of America Military Bank Wire Investigations (Moises' Mgr.) advised that she had spoken with her legal department regarding information on the two CCs. She stated that WSB would need to subpoena B of A to obtain any information. |
| 11/08/2005 | Received letter back via mail. Item was refused by Mrs. Wu. |
| 11/30/2005 | Responded to the Palo Alto PD and met with Detective Sascha Priess. Reviewed the case and provided copies of documents. He assigned case #06-334-0076. He advised that he would be the one working the case and would provide updates. |
| 12/08/2005 | Letter sent to Sabina Pryce-Jones. |

3

P-00126

**EXHIBIT B**

UNITED STATES OF AMERICA
U.S. DEPARTMENT OF TRANSPORTATION FEDERAL AVIATION ADMINISTRATION

## AIRCRAFT BILL OF SALE

FORM APPROVED
OMB NO. 2120-0042

FOR AND IN CONSIDERATION OF $ 240,000 THE UNDERSIGNED OWNER(S) OF THE FULL LEGAL AND BENEFICIAL TITLE OF THE AIRCRAFT DESCRIBED AS FOLLOWS:

UNITED STATES REGISTRATION NUMBER **N 822WM**

AIRCRAFT MANUFACTURER & MODEL **CIRRUS SR22**

AIRCRAFT SERIAL No. **0138**

DOES THIS **28TH** DAY OF **OCT.** 20 **05** HEREBY SELL, GRANT, TRANSFER AND DELIVER ALL RIGHTS, TITLE, AND INTERESTS IN AND TO SUCH AIRCRAFT UNTO:

Do Not Write In This Block
FOR FAA USE ONLY

**PURCHASER** NAME AND ADDRESS
(IF INDIVIDUAL(S), GIVE LAST NAME, FIRST NAME, AND MIDDLE INITIAL.)

PRYCE-JONES LEASING, LLC
1170 HOLLY OAKS COURT
JACKSONVILLE, FL 32259

DEALER CERTIFICATE NUMBER

AND TO
SINGULARLY THE SAID AIRCRAFT FOREVER, AND WARRANTS THE TITLE THEREOF.

EXECUTORS, ADMINISTRATORS, AND ASSIGNS TO HAVE AND TO HOLD

IN TESTIMONY WHEREOF ___ HAVE SET ___ HAND AND SEAL THIS ___ DAY OF ___ 20 ___

Redacted

| **SELLER** | NAME (S) OF SELLER (TYPED OR PRINTED) | SIGNATURE (S) (IN INK) (IF EXECUTED FOR CO-OWNERSHIP, ALL MUST SIGN.) | TITLE (TYPED OR PRINTED) |
|---|---|---|---|
| | | | INDIVIDUAL |
| | | | |
| | | | |

ACKNOWLEDGMENT (NOT REQUIRED FOR PURPOSES OF FAA RECORDING; HOWEVER, MAY BE REQUIRED BY LOCAL LAW FOR VALIDITY OF THE INSTRUMENT.)

ORIGINAL: TO FAA

AC Form 8050-2 (9/92) (NSN 0052-00-629-0003) Supersedes Previous Edition

D-00019