ERIC J. SIDEBOTHAM (208829)
DANIEL M. SHAFER (244839)
**ERIC J. SIDEBOTHAM, APC**
TechMart Center
5201 Great America Parkway, Suite 320
Santa Clara, CA  95054
Telephone:   (408) 856-6000
Facsimile:    (408) 608-6001

Attorneys for Defendant,
SABINA PRYCE-JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WORLD SAVINGS BANK, FSB,<br><br>       Plaintiff,<br><br>v.<br><br>THERESA T. WU, and SABINA PRYCE-JONES, and DOES 1 through 10, inclusive<br><br>       Defendants. | Case No.  5:08-CV-00887 (HRL)<br><br>**DECLARATION OF DANIEL M. SHAFER, ESQ., IN SUPPORT OF DEFENDANT SABINA PRYCE-JONES' OPPOSITION TO PLAINTIFF WORLD SAVINGS BANK, FSB'S MOTION TO REMAND CASE TO SANTA CLARA COUNTY SUPERIOR COURT**<br><br>Date:          April 22, 2008<br>Time:         10:00 a.m.<br>Courtroom:  2<br>Judge:        Magistrate Judge Howard Lloyd |
| AND RELATED CROSS-ACTION | |

I, Daniel M. Shafer, Esq., declare as follows:

1. I am an attorney of record for Defendant Sabina Pryce-Jones in this action. I have personal knowledge of the facts contained in this declaration and if called to testify thereto I could and would testify competently as to the facts contained herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of a document obtained by me on April 1, 2008, from the website of the Department of Treasury's Office of Thrift Supervision. Said document lists the "Home Office" addresses for several federal savings banks, including plaintiff World Savings Bank, FSB. World Savings appears at the top of page 2 of the document, with its home office listed at 1901 Harrison Street, Oakland, CA 94612-3574. The document can be found online at http://www.ots.treas.gov/docs/2/203053.html.

Executed on this 1st day of April, 2008, in Santa Clara County, California. I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

                                /s/
                          DANIEL M. SHAFER, ESQ.

DECLARATION OF DANIEL M. SHAFER, ESQ., IN SUPPORT OF DEFENDANT SABINA-PRYCE JONES' OPPOSITION TO PLAINTIFF WORLD SAVINGS BANK, FSB'S MOTION TO REMAND CASE TO SANTA CLARA COUNTY SUPERIOR COURT
Case No. 5:08-CV-00887 (HRL)

**EXHIBIT A**

Case 5:08-cv-00887-HRL     Document 18     Filed 04/01/2008     Page 3 of 5

# Office of Thrift Supervision
## CRA Performance Evaluation For
## Aug-2006

CRA Performance Evaluations prepared by the OTS for the savings associations listed below became publicly available during this reporting period.

| Region State | Name of Association/ Home Office Address - Street Home Office Address - City, State Zip | CRA Rating |
|---|---|---|
| Northeast MA | Peoples Federal Savings Bank<br>P O Box 36<br>Brighton, MA 02135-0000 | Outstanding |
| Northeast NJ | American Bank of New Jersey<br>365 Broad St<br>Bloomfield, NJ 07003-2727 | Satisfactory |
| Southeast IN | River Valley Financial Bank<br>PO Box 1590<br>Madison, IN 47250-1590 | Satisfactory |
| Southeast IN | Americantrust Federal Savings Bank<br>PO Box 105<br>Peru, IN 46970-0105 | Satisfactory |
| Southeast KY | Inez Deposit Bank, FSB<br>202 E. Main Street<br>Louisa, KY 41230-0000 | Satisfactory |
| Southeast KY | Heritage Bank<br>P.O. Box 537<br>Hopkinsville, KY 42241-0537 | Satisfactory |
| Southeast NC | Blue Ridge Savings Bank, Inc.<br>PO Box 6249<br>Asheville, NC 28816-6249 | Satisfactory |
| Midwest MO | Carroll County S & LA<br>121 N Folger St<br>Carrollton, MO 64633-1730 | Satisfactory |
| Midwest NE | Home FS&LA of Grand Island<br>PO Box 1009<br>Grand Island, NE 68802-1009 | Satisfactory |
| Midwest TX | Encore Bank<br>Nine Greenway Plaza, Sutie 1000 | Satisfactory |

|  |  |  |
|---|---|---|
|  | Houston, TX 77057-2228 |  |
| West CA | World Savings Bank, FSB<br>1901 Harrison St<br>Oakland, CA 94612-3574 | Outstanding |
| West CA | California Savings Bank<br>800 Market Street<br>San Francisco, CA 94102-3003 | Outstanding |
| West CA | Gateway Bank, a F.S.B.<br>919 Clement Street<br>San Francisco, CA 94118-0000 | Satisfactory |
| West CA | World Savings Bank, FSB (Texas)<br>1901 Harrison Street<br>Oakland, CA 94612-3574 | Outstanding |