1  ERIC J. SIDEBOTHAM (208829)
   DANIEL M. SHAFER (244839)
2  **ERIC J. SIDEBOTHAM, APC**
   TechMart Center
3  5201 Great America Parkway, Suite 320
   Santa Clara, CA  95054
4  Telephone:    (408) 856-6000
   Facsimile:    (408) 608-6001
5
   Attorneys for Defendant,
6  SABINA PRYCE-JONES

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                          SAN JOSE DIVISION
10

| WORLD SAVINGS BANK, FSB,<br><br> Plaintiff,<br><br>v.<br><br>THERESA T. WU, and SABINA PRYCE-JONES, and DOES 1 through 10, inclusive<br><br> Defendants.<br><br>AND RELATED CROSS-ACTION | Case No.  5:08-CV-00887 (HRL)<br><br>**DECLARATION OF DEFENDANT SABINA PRYCE-JONES IN OPPOSITION TO PLAINTIFF WORLD SAVINGS BANK, FSB'S MOTION TO REMAND CASE TO SANTA CLARA COUNTY SUPERIOR COURT**<br><br>Date:  April 22, 2008<br>Time:  10:00 a.m.<br>Courtroom: 2<br>Judge:  Magistrate Judge Howard Lloyd |
|---|---|



I, Sabina Pryce-Jones, declare as follows:

1.      I am a defendant in the above-captioned lawsuit brought by World Savings Bank, FSB. I have personal knowledge of the facts contained in this declaration and if called to testify thereto I could and would testify competently as to the facts contained herein.

2.      Since the earliest stages of this litigation, I have believed, and I continue to believe, that I have been subjected to unfair prejudice and preference in the state court in favor of local plaintiff World Savings. In my view, the state court has consistently favored Plaintiff, and consistently refused to treat me fairly due at least in part to my non-local status. This belief is grounded in my view that, unless the court were deliberately favoring the local plaintiff, it would not have found, as it did, that I am subject to personal jurisdiction in California, despite my residence in Florida and my lack of any control over the bank account in question; would not have ordered a trial date on unreasonably short notice, and despite the inability of my mother – a key witness for my defense – to attend the trial on that date due to her health; would not have prevented me from completing necessary discovery, despite my diligent participation in the case; would not have withheld a discovery order that was favorable to me until long after the then-scheduled trial date had come and gone; would not have refused to permit me to bring a meritorious summary judgment motion; and would not have wrongly granted Plaintiff's motion to disqualify my prior counsel from representing both myself and my mother, Theresa Wu, despite the perfect alignment of our interests.

3.      I have chosen to remove this case to federal court in order to ensure a fair and non-preferential trial, which I do not believe I have received, or will receive, in California state court, due to my out-of-state status.

///

///

1

DECLARATION OF DEFENDANT SABINA-PRYCE JONES IN OPPOSITION TO PLAINTIFF WORLD SAVINGS BANK, FSB'S MOTION TO REMAND CASE TO SANTA CLARA COUNTY SUPERIOR COURT
Case No. 5:08-CV-00887 (HRL)

1     Executed on this __31st__ day of March, 2008, in Jacksonville, Florida. I declare under penalty
2 of perjury that the foregoing is true and correct.

                                                                              */s/ Sabina Pryce-Jones*
                                                                             SABINA PRYCE-JONES

---

2

DECLARATION OF DEFENDANT SABINA-PRYCE JONES IN OPPOSITION TO PLAINTIFF WORLD SAVINGS BANK, FSB'S MOTION TO REMAND CASE TO SANTA CLARA COUNTY SUPERIOR COURT
Case No. 5:08-CV-00887 (HRL)