1 | ERIC J. SIDEBOTHAM (208829)
  | DANIEL M. SHAFER (244839)
2 | **ERIC J. SIDEBOTHAM, APC**
  | TechMart Center
3 | 5201 Great America Parkway, Suite 320
  | Santa Clara, CA  95054
4 | Telephone:   (408) 856-6000
  | Facsimile:     (408) 608-6001
5 |
  | Attorneys for Defendant,
6 | SABINA PRYCE-JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WORLD SAVINGS BANK, FSB,<br><br>     Plaintiff,<br><br>     v.<br><br>THERESA T. WU, and SABINA PRYCE-JONES, and DOES 1 through 10, inclusive<br><br>     Defendants.<br><br>AND RELATED CROSS-ACTION | Case No.  5:08-CV-00887 (HRL)<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF WORLD SAVINGS BANK, FSB'S MOTION TO REMAND CASE TO SANTA CLARA COUNTY SUPERIOR COURT**<br><br>Date:           April 22, 2008<br>Time:          10:00 a.m.<br>Courtroom:  2<br>Judge:         Magistrate Judge Howard Lloyd |

1    Plaintiff World Savings Bank, FSB's motion to remand this case to Santa Clara County Superior
2 Court came before hearing of the Hon. Howard R. Lloyd, Courtroom 2, on April 22, 2008 at 10:00 a.m.
3    The court, having considered the motion and the argument of counsel, and good cause appearing
4 therefore,
5    The court orders as follows:
6    Plaintiff World Savings Bank, FSB's motion to remand this case to Santa Clara Superior Court is
7 DENIED.  Plaintiff World Savings Bank, FSB's motion for an award of just costs and actual expenses
8 incurred as a result of the instant removal is likewise DENIED.
9    IT IS SO ORDERED.

DATED:_____    _____
                                          HONORABLE HOWARD LLOYD
                                          United States Magistrate Judge



1
[PROPOSED] ORDER DENYING PLAINTIFF WORLD SAVINGS BANK, FSB'S MOTION TO REMAND CASE TO
SANTA CLARA COUNTY SUPERIOR COURT
Case No. 5:08-CV-00887 (HRL)