ERIC J. SIDEBOTHAM (208829)
DANIEL M. SHAFER (244839)
**ERIC J. SIDEBOTHAM, APC**
TechMart Center
5201 Great America Parkway, Suite 320
Santa Clara, CA 95054
Telephone:    (408) 856-6000
Facsimile:    (408) 608-6001

Attorneys for Defendant,
SABINA PRYCE-JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WORLD SAVINGS BANK, FSB,<br><br>    Plaintiff,<br><br>v.<br><br>THERESA T. WU, and SABINA PRYCE-JONES, and DOES 1 through 10, inclusive<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTION | Case No. 5:08-CV-00887 (HRL)<br><br>**DECLARATION OF DEFENDANT THERESA WU IN SUPPORT OF DEFENDANT SABINA PRYCE-JONES' OPPOSITION TO PLAINTIFF WORLD SAVINGS BANK, FSB'S MOTION TO REMAND CASE TO SANTA CLARA COUNTY SUPERIOR COURT**<br><br>Date:         April 22, 2008<br>Time:        10:00 a.m.<br>Courtroom:  2<br>Judge:       Magistrate Judge Howard Lloyd |

DECLARATION OF DEFENDANT THERESA WU IN SUPPORT OF DEFENDANT SABINA-PRYCE JONES' OPPOSITION TO PLAINTIFF WORLD SAVINGS BANK, FSB'S MOTION TO REMAND CASE TO SANTA CLARA COUNTY SUPERIOR COURT
Case No. 5:08-CV-00887 (HRL)

I, Theresa Wu, declare as follows:

1. I am an unrepresented defendant in the above-captioned lawsuit brought by World Savings Bank, FSB. I have personal knowledge of the facts contained in this declaration and if called to testify thereto I could and would testify competently as to the facts contained herein.

2. I am a citizen of the United States. I became a citizen of the United States prior to February 3, 2006, the date on which World Savings Bank, FSB, filed this lawsuit.

3. I made my home in California until November, 2005, at which time I relocated to Florida with the intent of living there indefinitely and making it home. Starting in November 2005, and continuing uninterrupted until the present time, I have continued to make my home solely in Florida. Initially, I stayed with my daughter and her husband at their home in Jacksonville, Florida; I have since purchased and lived continually in my own condominium here in Jacksonville. In addition, I am registered to vote and have voted in Florida; I have a Florida driver's license; I am active in the First Baptist Church and I volunteer at the Mayo Clinic in Jacksonville. Since I relocated permanently to Florida, in November 2005, I have visited California only for purposes of receiving medical treatment there and attending to my financial affairs.

4. On or about March 26, 2006, my former attorney in this litigation, Breck E. Milde, Esq., of Terra Law LLP, filed a cross-complaint in this action on my behalf. Mr. Milde was mistaken when he stated, in the cross-complaint, that I was at that time a resident of Santa Clara County, in the State of California. As explained above, I had previously relocated to Florida in November 2005. For the first several weeks after World Savings made the bank error at issue in this litigation, I did not understand that any error had been made by the bank. Rather, I understood World Savings and its representative, Mr. Ron Sheppard, to be accusing me of stealing $90,000. This caused me tremendous fear and stress, as did Mr. Sheppard's repeated attempts to accost me in person at the home in California

1

DECLARATION OF DEFENDANT THERESA WU IN SUPPORT OF DEFENDANT SABINA-PRYCE JONES' OPPOSITION TO PLAINTIFF WORLD SAVINGS BANK, FSB'S MOTION TO REMAND CASE TO SANTA CLARA COUNTY SUPERIOR COURT
Case No. 5:08-CV-00887 (HRL)

1  in which I was then living, prior to my move to Florida. Indeed, Mr. Sheppard's first attempt to gain
2  access to my home placed me in a state of fear that caused me to fall in the living room and strike my
3  head and face. I lost consciousness and woke up later on the floor. This incident occurred in late
4  October 2005.
5
6       5.      Attached hereto as **Exhibit A** are true and correct copies of photographs showing the face
7  and head injuries I sustained when I fell in the bathroom. I attribute that fall to the tremendous fear and
8  stress caused to me by Mr. Sheppard's unnecessarily harsh and accusatory attempts to recover the funds
9  that were inadvertently credited to my account due to World Saving's own error, and without my
10 knowledge. This injury, in combination with my other medical conditions, my desire to be near my
11 daughter in Florida, and my then-recent estrangement from my son in California are what precipitated
12 my move to Florida in November 2005.
13
14      6.      I suffer from a Parkinsonism-like neurological syndrome with obvious physical
15 manifestations of tremor, hypokinesia, rigidity, and postural instability. I also suffer from myelopathy
16 due to spinal compression of my cervical spine. I also suffer from breast cancer.
17      7.      Due to my health, I was unable to travel to California for the state court trial that was
18 scheduled for February 19, 2008.
19      Executed on this ___1___ day of April, 2008, in Jacksonville, Florida. I declare under penalty
20 of perjury that the foregoing is true and correct.
21
22                                              *Theresa N Wu*
23                                              THERESA WU

2

DECLARATION OF DEFENDANT THERESA WU IN SUPPORT OF DEFENDANT SABINA-PRYCE JONES'
OPPOSITION TO PLAINTIFF WORLD SAVINGS BANK, FSB'S MOTION TO REMAND CASE TO SANTA CLARA
SUPERIOR COURT
Case No. 5:08-CV-00887 (HRL)

**EXHIBIT A**



