Kevin M. Solan, Esq.
(California Bar No. 118415)
*ksolan@solanpark.com*
SOLAN & PARK LLP
685 Market Street, Suite 360
San Francisco, California  94105
Tel.: (415) 777-3300
Fax: (415) 777-3301

Attorneys for Plaintiff
WORLD SAVINGS BANK, FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WORLD SAVINGS BANK,<br><br>                              Plaintiff,<br><br>vs.<br><br>THERESA T. WU, et al.,<br><br>                              Defendants. | CASE NO. C08 00887 (HRL)<br><br>REPLY DECLARATION OF KEVIN M. SOLAN IN SUPPORT OF WORLD SAVINGS MOTION TO REMAND CASE TO SANTA CLARA SUPERIOR COURT<br><br>Date:        April 22, 2008<br>Time:       10:00 a.m.<br>Courtroom:  Two<br>                  Magistrate Judge Howard Lloyd |

I, Kevin M. Solan, declare:

1.  I am an attorney at law duly licensed to practice before all courts in the State of California and admitted to practice in this court. I am a member of the law firm Solan & Park LLP, attorneys of record for the Plaintiff World Savings in the above entitled action. I submit this declaration in support of World Savings' Motion to Remand this case to the Santa Clara County Superior Court.  The statements made in this declaration are of my personal knowledge.

2.  Attached hereto collectively as Exhibit A are true and correct copies of the Proof of Service on Theresa Wu of the Summons and Complaint in this action and the Affidavit Of Reasonable Diligence of Paul Mercy attesting to the facts of his service of

1  the Summons and Complaint and related documents on Theresa Wu, both of which

2  documents were filed in Santa Clara County Superior Court Action Number 1-06-CV-

3  057468 on February 23, 2006.

4

5

6        I declare under penalty of perjury under the laws of the State of California that the

7  foregoing is true and correct.  Executed this 11th day of March, 2008 at San Francisco,

8  California.

9

10

11                                              KEVIN M. SOLAN

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

| | | | | | |
|---|---|---|---|---|---|
| Attorney or Party without Attorney:<br>KEVIN M. SOLAN ESQ., Bar #118415<br>SOLAN & PARK LLC<br>685 Market Street, Suite 360<br>San Francisco, CA  94105<br>Telephone No: 415-777-3300    FAX No: 415-777-3301 | | | | | For Court Use Only<br><br>ENDORSED<br>2006 FEB 23 P 2: 19<br>KIRI GALLAGHER, EXECUTIVE OFFICER<br>COUNTY OF SANTA CLARA, CALIFORNIA<br>DEPUTY |
| Attorney for: Plaintiff | | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>SANTA CLARA COUNTY SUPERIOR COURT | | | | | |
| Plaintiff: WORLD SAVINGS BANK | | | | | |
| Defendant: THERESA T. WU et al | | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | | Case Number:<br>106CV057468 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS AND COMPLAINT; CIVIL CASE COVER SHEET; CIVIL LAWSUIT NOTICE; ADR INFORMATION; BLANK CASE MANAGEMENT STATEMENT

3. a. Party served:                                 THERESA T. WU
   b. Person served:                              party in item 3.a. Asian Female 70 Years Old, Salt and Pepper Hair, Brown Eyes, 5 Feet 8 Inches, 120 Pounds

4. Address where the party was served:          676 Encore Way
                                                San Jose, CA  95134

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Feb. 20, 2006 (2) at: 7:22PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. PAUL MERCY                          d.  **The Fee for Service was:**   $345.00
   **b. KIMBERLY LUTJEN PROCESS, KLPS Inc.**   e.  I am: (3)  registered California process server
      15736 Winchester Blvd., Registration # 677          (i)   Owner
      Los Gatos, CA  95030                                (ii)  Registration No.:      904
   c. 408-354-0764, FAX 408-354-3793                      (iii) County:               Santa Clara

8. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

   Date: Wed, Feb. 22, 2006

| | | |
|---|---|---|
| Judicial Council form POS-010<br>Rule 982.9.(a)&(b) Rev July 1, 2004 | PROOF OF SERVICE | (PAUL MERCY)    7773300s.3553 |

| Attorney or Party without Attorney:<br>KEVIN M. SOLAN ESQ., Bar #118415<br>SOLAN & PARK LLC<br>685 Market Street, Suite 360<br>San Francisco, CA  94105 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Telephone No: 415-777-3300 | | Ref. No or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>SANTA CLARA COUNTY SUPERIOR COURT | | | | | 2006 FEB 23  P  2: 19 |
| Plaintiff: WORLD SAVINGS BANK<br>Defendant: THERESA T. WU et al | | | | | |
| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>106CV057468 | |

1.  I, PAUL  MERCY, and any employee or independent contractors retained by KIMBERLY LUTJEN PROCESS, KLPS Inc. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant THERESA T. WU as follows:

2.  *Documents:*       SUMMONS AND COMPLAINT; CIVIL CASE COVER SHEET; CIVIL LAWSUIT NOTICE; ADR INFORMATION; BLANK CASE MANAGEMENT STATEMENT.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Mon | 02/06/06 | 5:10pm | Home | NO ANSWER Attempt made by: PAUL  MERCY. Attempt at: 22031 Hibiscus Drive   Cupertino CA 95014. |
| Tue | 02/07/06 | 8:11pm | Home | NO ANSWER Attempt made by: PAUL  MERCY. Attempt at: 22031 Hibiscus Drive   Cupertino CA 95014. |
| Wed | 02/08/06 | 6:36pm | Home | Per son she moved to a condo - please note the current address in 676 Encore Way San Jose, CA 95134 Attempt made by: PAUL  MERCY. Attempt at: 22031 Hibiscus Drive   Cupertino CA 95014. |
| Fri | 02/10/06 | 7:50pm | Home | No answer Attempt made by: PAUL  MERCY. Attempt at: 676 Encore Way   San Jose CA 95134. |
| Sat | 02/11/06 | 2:30pm | Home | No answer Attempt made by: PAUL  MERCY. Attempt at: 676 Encore Way   San Jose CA 95134. |
| Mon | 02/13/06 | 8:30pm | Home | No answer - checked with neighbors uncooperative Attempt made by: PAUL MERCY. Attempt at: 676 Encore Way   San Jose CA 95134. |
| Wed | 02/15/06 | 8:18pm | Home | There was no answer, no cars, no lights, no sign of life.; Attempt made by: PAUL MERCY. Attempt at: 676 Encore Way   San Jose CA 95134. |
| Thu | 02/16/06 | 6:36pm | Home | Arrived at location House dark - no answer - waited until 7:40 pm no change Attempt made by: PAUL  MERCY. Attempt at: 676 Encore Way   San Jose CA 95134. |

| | | | | |
|---|---|---|---|---|
| *Attorney or Party without Attorney:* KEVIN M. SOLAN ESQ., Bar #118415 SOLAN & PARK LLC 685 Market Street, Suite 360 San Francisco, CA 94105 | | | | *For Court Use Only* |
| *Telephone No:* 415-777-3300 | | *Ref. No or File No.:* | | |

*Insert name of Court, and Judicial District and Branch Court:*
SANTA CLARA COUNTY SUPERIOR COURT

2006 FEB 23  P 2: 19

*Plaintiff:* WORLD SAVINGS BANK
*Defendant:* THERESA T. WU et al

| **AFFIDAVIT OF REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 106CV057468 |
|---|---|---|---|---|

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 02/17/06 | 1:19pm | Home | No answer - small dog barking inside Attempt made by: PAUL MERCY. Attempt at: 676 Encore Way  San Jose CA 95134. |
| Sat | 02/18/06 | 5:55pm | Home | Arrived at location - no cars - no lights - dog barking inside - no answer - left the location at 8:03 pm Attempt made by: PAUL MERCY. Attempt at: 676 Encore Way  San Jose CA 95134. |
| Sun | 02/19/06 | 3:00pm | Home | Arrived at location still no answer, no cars, dog still barking, left location at 3:30 pm Attempt made by: PAUL MERCY. Attempt at: 676 Encore Way  San Jose CA 95134. |
| Mon | 02/20/06 | 6:47pm | Home | Sub service on daughter in law. She called her husband who got mad and called mom who agreed to accept service at her address on empire way Attempt made by: PAUL MERCY. Attempt at: 676 Encore Way  San Jose CA 95134. |
| Mon | 02/20/06 | 7:22pm | Home | personal service on defendant Attempt made by: PAUL MERCY. Attempt at: 676 Encore Way  San Jose CA 95134. |
| Mon | 02/20/06 | 7:22pm | | Personal Service on: THERESA T. WU  at Home - 676 Encore Way San Jose, CA. 95134  by Serving: party in item 3.a. Asian Female 70 Years Old, Salt and Pepper Hair, Brown Eyes, 5 Feet 8 Inches, 120 Pounds.  Served by: PAUL MERCY |

3.  *Person Executing*
   a. PAUL MERCY
   **b. KIMBERLY LUTJEN PROCESS, KLPS Inc.**
      15736 Winchester Blvd., Registration # 677
      Los Gatos, CA  95030
   c. 408-354-0764, FAX 408-354-3793

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d.. The Fee** *for service was:* $345.00
e. I am:  (3)  registered California process server
   *(i)*  Employee
   *(ii)  Registration No.:*  904
   *(iii)  County:*  Santa Clara

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

*Date:* Wed, Feb. 22, 2006          **AFFIDAVIT OF REASONABLE DILIGENCE**          (PAUL MERCY)
      Page: 2                                                                              7773300s.3553