* E-filed 4/11/08 *

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

WORLD SAVINGS BANK, FSB,
            Plaintiff,

        v.

THERESA WU and SABINA PRYCE-JONES,
            Defendants.
_____/

SABINA PRYCE-JONES,
            Cross-Complainant,

        v.

WORLD SAVINGS BANK, FSB,
            Cross-Defendant.
_____/

Case No. CV 08-00887 HRL

**CLERK'S NOTICE CONTINUING
HEARING ON PLAINTIFF'S MOTION
TO REMAND**

Re: Docket No. 9

        PLEASE TAKE NOTICE THAT on the court's own motion, the hearing on Plaintiff's

Motion to Remand - originally noticed for April 22, 2008 at 10:00 a.m. - is continued to **April**

**29, 2008 at 10:00 a.m.** in Courtroom 2, 5th floor of the United States District Court, San Jose.

Dated:      4/11/08                               /s/  KRO
                                         Chambers of Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

Eric J Sidebotham eric.sidebotham@ejs-law.com, dan.shafer@ejs-law.com, ryan.smith@ejs-law.com

Kevin Michael Solan ksolan@solanpark.com

* Counsel are responsible for providing copies of this order to co-counsel.

Dated:  4/11/08

                                   /s/ KRO
                         Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California

2