```
 1  ERIC J. SIDEBOTHAM (208829)
    DANIEL M. SHAFER (244839)
 2  ERIC J. SIDEBOTHAM, APC
    TechMart Center
 3  5201 Great America Parkway, Suite 320
    Santa Clara, CA  95054
 4  Telephone:    (408) 856-6000
    Facsimile:    (408) 608-6001
 5
    Attorneys for Defendant,
 6  SABINA PRYCE-JONES
 7
                      UNITED STATES DISTRICT COURT
 8
                     NORTHERN DISTRICT OF CALIFORNIA
 9
                            SAN JOSE DIVISION
10
11
12  WORLD SAVINGS BANK, FSB,            Case No.  5:08-CV-00887 (HRL)
13          Plaintiff,                  SUPPLEMENTAL DECLARATION OF
                                        DEFENDANT THERESA WU IN
14      v.                              OPPOSITION TO PLAINTIFF WORLD
                                        SAVINGS BANK, FSB'S MOTION TO
15                                      REMAND
    THERESA T. WU, and SABINA PRYCE-
16  JONES, and DOES 1 through 10, inclusive
                                        Date:     April 29, 2008
17          Defendants.                 Time:     10:00 a.m.
                                        Courtroom: 2
18                                      Judge:    Magistrate Judge Howard Lloyd
19
20  AND RELATED CROSS-ACTION
21
22
23
24
25
26
27
28
    SUPPLEMENTAL DECLARATION OF DEFENDANT THERESA WU IN OPPOSITION TO PLAINTIFF WORLD
    SAVINGS BANK, FSB'S MOTION TO REMAND
    Case No. 5:08-CV-00887 (HRL)
```

I, Theresa Wu, declare as follows:

1. I am an unrepresented defendant in the above-captioned lawsuit brought by World Savings Bank, FSB. I have personal knowledge of the facts contained in this declaration and if called to testify thereto I could and would testify competently as to the facts contained herein.

2. On February 20, 2006 I stayed temporarily at a condominium located at 676 Encore Way, San Jose, California. However, I was living in the State of Florida at that time.

3. That condominium was owned at the time, and upon information and belief, is still owned, by my son, Peter Wu.

4. I stayed at the condominium briefly and free of rent for purposes of receiving medical treatment and/or attending to my financial affairs in the State of California.

5. I do not, nor have I ever, owned the condominium located at 676 Encore Way, San Jose, California 95134.

6. I do not, nor have I ever, owned a dog. Nor did I ever have a dog while I was staying at 676 Encore Way, San Jose, California.

Executed on this _____ day of April, 2008, in Jacksonville, Florida. I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Theresa N. Wu*
THERESA WU
---

I, Theresa Wu, declare as follows:

1. I am an unrepresented defendant in the above-captioned lawsuit brought by World Savings Bank, FSB. I have personal knowledge of the facts contained in this declaration and if called to testify thereto I could and would testify competently as to the facts contained herein.

2. On February 20, 2006 I stayed temporarily at a condominium located at 676 Encore Way, San Jose, California. However, I was living in the State of Florida at that time.

3. That condominium was owned at the time, and upon information and belief, is still owned, by my son, Peter Wu.

4. I stayed at the condominium briefly and free of rent for purposes of receiving medical treatment and/or attending to my financial affairs in the State of California.

5. I do not, nor have I ever, owned the condominium located at 676 Encore Way, San Jose, California 95134.

6. I do not, nor have I ever, owned a dog. Nor did I ever have a dog while I was staying at 676 Encore Way, San Jose, California.

Executed on this _____ day of April, 2008, in Jacksonville, Florida. I declare under penalty of perjury that the foregoing is true and correct.

*[signed] Theresa N. Wu*
THERESA WU

SUPPLEMENTAL DECLARATION OF DEFENDANT THERESA WU IN OPPOSITION TO PLAINTIFF WORLD SAVINGS BANK, FSB'S MOTION TO REMAND
Case No. 5:08-CV-00887 (HRL)