# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

## Civil Minute Order

Date:   April 29, 2008                                                   Time in Court: 19 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR:

---

**TITLE:**  World Savings Bank, FSB v. Wu et al
**CASE NUMBER**: C08-00887HRL
Plaintiff Attorney present: William Jacobson
Defendant Attorney present: Eric Sidebottom and Daniel Shafer for defendant Price-Jones

---

**PROCEEDINGS: Plaintiff's Motion to Remand**


Counsel present arguments.

Matter is taken under submission.  Court to issue written ruling.