UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

**Filed**
MAY 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

May 6, 2008

Clerk
Superior Court of California
Santa Clara County
of California
191 North First Street
San Jose, California 95110

RE: CV 08-00887 HRL   WORLD SAVINGS BANK, FSB-v-THERESA T. VU, ET.AL
    Your Case Number: (106CV057468)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

    (X)    Certified copies of docket entries

    (X)    Certified copies of Remand Order

    ()    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Betty Walton
Case Systems Administrator

Enclosures

Copies to counsel of record

**Kevin Michael Solan**
Solan & Park LLP
685 Market Street
Suite 360
San Francisco, CA 94104


**Daniel J Shafer**
Eric J. Sidebotham, APC
TechMart Center
5201 Great America Parkway
Suite 320
Santa Clara, CA 95054


**Eric J Sidebotham**
Eric J. Sidebotham, Attorney-at-Law, APC
TechMart Center
5201 Great America Parkway, Suite 320
Santa Clara, CA 95054

**Filed**

MAY 14 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Richard W. Wieking SAN JOSE
Clerk

UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

**FILED**

MAY 08 2008

KIRI TORRE
Chief Executive Officer/Clerk
Superior Court of CA County of Santa Clara
Court Number
BY _____ DEPUTY

May 6, 2008

Clerk
Superior Court of California
Santa Clara County
of California
191 North First Street
San Jose, California 95110

RE: CV 08-00887 HRL   WORLD SAVINGS BANK, FSB-v-THERESA T. VU, ET.AL
    Your Case Number: (106CV057468)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

(X)   Certified copies of docket entries

(X)   Certified copies of Remand Order

( )   Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Betty Walton
Case Systems Administrator

Enclosures